IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC NIELSEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C. A. NO.  4:15-cv-02882 |
| | § | |
| STANDARD INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, having announced to the Court that the matters in controversy have been settled, hereby STIPULATE to the dismissal of all claims, demands, and causes of action asserted or assertable herein by Plaintiff against Defendant, with prejudice, with all attorneys' fees and costs taxed against the party incurring same.

SO STIPULATED.

STIPULATION OF DISMISSAL WITH PREJUDICE                                                    **Page 1**

**STIPULATED AND AGREED TO:**

By:  /s/ Anthony Vessel
    Marc S. Whitehead
    Texas Bar No. 00785238
    Fed. I.D. No. 15465
    marc@marcwhitehead.com
    J Anthony Vessel
    Texas Bar No. 24084019
    Fed. I.D. No. 1692384

**MARC WHITEHEAD & ASSOCIATES, ATTORNEYS AT LAW L.L.P.**
5300 Memorial drive, Suite 725
Houston, Texas  77007
Telephone: (713) 228-8888
Facsimile:  (713) 225-0940
ATTORNEYS FOR PLAINTIFF

By:  /s/ Ryan K. McComber
    Ryan K. McComber
    Texas Bar No. 24041428
    Fed. I.D. No. 621887
    ryan.mccomber@figdav.com

**FIGARI + DAVENPORT, L.L.P.**
901 Main Street
Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system and all other will be served via certified mail, return receipt requested on the 7th day of July, 2016.

/s/ *Ryan K. McComber*
Ryan K. McComber